UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:92-CR-155–FDW |
| | ) | |
| (1) AMIL ALFRED DINSIO, SR. | ) | |
| | ) | |

**ORDER TO WITHDRAW ARREST WARRANT AND DISMISS PETITION FOR REVOCATION OF SUPERVISED RELEASE**

THIS MATTER is before the Court on the United States' Motion to Withdraw Warrant and Dismiss Petition for Revocation of Supervised Release. (ECF Doc. 17). For the reasons stated in the Motion, the Motion is GRANTED.

The warrant for the arrest of (1) Amil Alfred Dinsio, Sr. is hereby WITHDRAWN and the petition for revocation of supervised release is DISMISSED.

IT IS SO ORDERED.

Signed: February 14, 2018

Frank D. Whitney
Chief United States District Judge

1